# Court of Appeals
# of the State of Georgia

ATLANTA, __May 29, 2019__

*The Court of Appeals hereby passes the following order:*

## A19D0487. DANIEL ERIC COBBLE v. JOHN DOE et al.

The Georgia Supreme Court transferred this case to us on May 13, 2019 after determining that the case did not invoke its appellate jurisdiction. However, the Supreme Court has recalled the case to address a motion for reconsideration filed in the Supreme Court. Accordingly, we hereby TRANSFER the case to the Supreme Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__05/29/2019__*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*